IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Kristen Flynt Reimert                               BANKRUPTCY NO. 24-51359-KMS

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, Nathan T. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Regions Bank and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

> Nathan T. Simpson, MSB No. 106060
> Simpson Law Firm PA
> Attorney for Regions Bank
> P.O. Box 2058
> Madison, MS  39130-2058
> (601) 957-6600
> nsimpson@simpsonlawfirm.net

Date:  December  10  , 2025.

/s/ Nathan T. Simpson
Nathan T. Simpson

### CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469
Attorney for Debtor
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
(601)500-5533
trollins@therollinsfirm.com

David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601)582-5011
drawlings@rawlings13.net

by electronic notice, on December  10  , 2025.

/s/ Nathan T. Simpson
Nathan T. Simpson