IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Kristen Flynt Reimert　　　　　　　　　　BANKRUPTCY NO. 24-51359-KMS

**Regions Bank**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Movant**

vs.

**Kristen Flynt Reimert and**
**David Rawlings, Chapter 13 Trustee**　　　　　　　　　　　　　　**Respondents**

### MOTION FOR RELIEF FROM STAY AND FOR OTHER RELIEF

Regions Bank (hereinafter "Regions") brings this motion for relief from stay and for other relief as follows:

1.　On September 25, 2024 (the "Filing Date"), Kristen Flynt Reimert, ("Debtor") filed a petition for bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code. This Court has jurisdiction over the parties and subject matter to this motion pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 554, 362, and 363.  This is a core proceeding pursuant to 28 U.S.C. § 157 (b) (2) (A), (G), and (O).

### The Regions Note

2.　On July 14, 2015, Debtor executed a Note in favor of Regions.  As security for the indebtedness due pursuant to the Note, Debtor pledged real property located at 89 King Road Hattiesburg, Mississippi (the "Real Property").  The Real Property is more particularly described in Exhibit "A"  attached hereto and incorporated herein by reference.   A copy of the Deed of Trust evidencing Regions' lien is attached hereto as Exhibit "B" and incorporated herein by reference.

3.　As of the date of this motion, Debtor was indebted to Regions pursuant to the Note in the sum of $71,093.43, plus interest accruing thereafter, late fees, attorney's fees, and other

expenses.

4. Pursuant to Debtor's Confirmed Chapter 13 Plan (Docket No. 40), Debtor is to make direct payments to Regions for the Note secured by the Real Property. As of the date of this motion, Debtor has failed to make the following payments toward the Note as required by the plan:

    a. Due Date: 9/1/2025    Amount Due: $852.34

    b. Due Date: 10/1/2025    Amount Due: $854.45

    c. Due Date: 11/1/2025    Amount Due: $854.45

    d. Due Date: 12/1/2025    Amount Due: $854.45

5. As of the date of this motion, Debtor's past due amount due and owing Regions is $3,415.69, plus interest accruing thereafter, late fees, attorney's fees, and other expenses.

## The Regions Credit Agreement

6. On August 14, 2015, Debtor executed a Credit Agreement and Disclosure (the "Agreement") in favor of Regions. As security for the indebtedness due pursuant to the Agreement, Debtor pledged the Real Property. The Real Property is more particularly described in Exhibit "A". A copy of the Deed of Trust evidencing Regions' lien is attached hereto as Exhibit "C" and incorporated herein by reference.

7. As of the date of this motion, Debtor was indebted to Regions pursuant to the Agreement in the sum of $21,643.80, plus interest accruing thereafter, late fees, attorney's fees, and other expenses.

8. Pursuant to Debtor's Confirmed Chapter 13 Plan (Docket No. 40), Debtor is to make direct payments to Regions for the Agreement secured by the Real Property. As of the date of this motion, Debtor has failed to make the following payments toward the Agreement as required by the plan:

a. Due Date: 12/19/2024    Amount Due: $299.02

b. Due Date: 1/19/2025    Amount Due: $301.71

c. Due Date: 2/19/2025    Amount Due: $299.82

d. Due Date: 3/19/2025    Amount Due: $302.43

e. Due Date: 4/19/2025    Amount Due: $305.04

f. Due Date: 5/19/2025    Amount Due: $307.66

g. Due Date: 6/19/2025    Amount Due: $310.27

h. Due Date: 7/19/2025    Amount Due: $312.88

i. Due Date: 8/19/2025    Amount Due: $315.50

j. Due Date: 9/19/2025    Amount Due: $249.21

k. Due Date: 10/19/2025    Amount Due: $249.21

l. Due Date: 11/19/2025    Amount Due: $246.98

9. As of the date of this motion, Debtor's past due amount due and owing to Regions is $3,497.52, plus interest accruing thereafter, late fees, attorney's fees, and other expenses. The amount of $3,497.52 reflects a credit of $2.21 for debtor payments in suspense.

10. As of the date of this motion, the combined total indebtedness owed to Regions is $92,737.23. The Lamar County tax assessor has assessed the value of the Real Property at $167,090.00.

11. Regions has not received adequate protection as required by 11 U.S.C. §§ 361, 362, and 363. Further, there is no non-exempt equity in the Real Property for the benefit of the Estate. Therefore, cause exists for the Court to terminate the automatic stay of 11 U.S.C. § 362 (a). The Trustee should be required to abandon the Real Property pursuant to 11 U.S.C. § 554. Pursuant to

11 U.S.C. § 1325(a)(5)(C) Debtor and the Estate should be required to surrender the Real Property to Regions. The stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure should be waived and not apply to the Court's order.

**WHEREFORE, PREMISES CONSIDERED**, Regions Bank requests the Court to terminate the automatic stay of 11 U.S.C. § 362 to allow Regions to proceed to foreclose its deed of trust against Debtor's real property located at 89 King Road Hattiesburg, Mississippi and more particularly described in Exhibit "A". Regions also requests the Court to order the Debtor and the Estate to surrender any interest in the Real Property and order the Trustee to abandon the Real Property pursuant to 11 U.S.C. § 554. Additionally, Regions requests that the stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure shall not apply to the Court's order. Regions requests the Court to grant such other relief as is necessary under the circumstances.

**DATED:** December __10th__, 2025.

                                        Respectfully submitted,

                                        Regions Bank

BY:   /s/ Nathan Simpson
        John S. Simpson
        Nathan T. Simpson
        Its Attorney

John S. Simpson, MSB No. 8525
Nathan T. Simpson, MSB No. 106060
Simpson Law Firm PA
Attorney for Regions Bank
P.O. Box 2058
Madison, MS  39130-2058
(601) 957-6600
jsimpson@simpsonlawfirm.net
nsimpson@simpsonlawfirm.net

**CERTIFICATE OF SERVICE**

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469
Attorney for Debtor
The Rollins Law Firm P.O. Box 13767
Jackson, MS 39236
(601)500-5533
trollins@therollinsfirm.com

Kristen Flynt Reimert
89 King Rd.
Hattiesburg, MS  39402

David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601)582-5011
drawlings@rawlings13.net

United States Trustee
501 E. Court St., Ste. 6-430
Jackson, MS 39201
(601) 965-5241
USTPRegion05.JA.ECF@usdoj.gov

by electronic notice or by U.S. mail, on December  10th , 2025.


                                                     /s/ Nathan Simpson
                                                    John S. Simpson
                                                    Nathan T. Simpson