## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: Kristen Flynt Reimert**                                        **BANKRUPTCY NO. 24-51359-KMS**

---

**Regions Bank**                                                                                    **Movant**

vs.

**Kristen Flynt Reimert and**
**David Rawlings, Chapter 13 Trustee**                                                  **Respondents**

### ORDER

**THIS MATTER**, having come on before this Court on the Motion for Relief From Stay and for Other Relief (Docket No. _____) filed by Regions Bank (hereinafter "Regions"), and this Court, having jurisdiction over the parties and the subject matter and having considered Regions's motion, finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the automatic stay of 11 U.S.C. § 362 is hereby terminated as to Regions's collateral, the real property located at 89 King Road Hattiesburg, Mississippi (the "Real Property"), more fully described in Exhibit "A" attached hereto and incorporated herein by reference. The aforesaid Real Property is hereby abandoned from the bankruptcy estate. The stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure shall not apply to the provisions of this order and allow Regions to proceed to foreclose its deed of trust against Debtor's real property

##END OF ORDER##

**SUBMITTED BY:**

/s/ Nathan Simpson
John S. Simpson, MSB No. 8525
Nathan T. Simpson, MSB No. 106060
Simpson Law Firm PA
P.O. Box 2058
Madison, MS 39130-2058
(601) 957-6600
rboone@simpsonlawfirm.net