# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51359   **Case Name:** Kristen Flynt Reimert

**Set:** 01/15/2026 10:30 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 89 King Road Hattiesburg, Mississippi. ., Motion to Compel Abandonment .  Filed by Creditor Regions Bank (Attachments: # 1 Exhibit # 2 Proposed Order)  (Dkt. #58)

Response filed by Debtor (Dkt. #65)

Minute Entry Re: (related document(s): [58] Motion for Relief From Stay filed by Regions Bank) Nathan Simpson to submit an Agreed Order. Order due by 02/05/2026. Email received from Simpson's office. (mcc)