_____



    SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: February 19, 2026

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Kristen Flynt Reimert,**       **CASE NO: 24-51359 KMS**

**DEBTOR(S).**       **CHAPTER 13**

Nathan Simpson, Esq.
Thomas Carl Rollins, Jr., Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on March 19, 2026, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on January 15, 2026, on the Motion for Relief from Stay filed by Regions Bank (Dkt. #58) in the above-styled case.  *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##