___



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: February 20, 2026

___

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
  KRISTEN FLYNT REIMERT,        CASE NO. 24-51359 KMS

    DEBTOR(S).             CHAPTER 13

## ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #70) entered on February 19, 2026, to show cause why sanctions or other relief should not be imposed for failure to submit the order on the Motion for Relief from Stay filed by Regions Bank (Dkt. #58) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##