United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-51359-KMS |
| Kristen Flynt Reimert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kristen Flynt Reimert, 89 King Rd., Hattiesburg, MS 39402-7904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Nathan Simpson | on behalf of Creditor Regions Bank rboone@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kristen Flynt Reimert trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Feb 19, 2026 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

_____



    **SO ORDERED,**

*Katharine M. Samson* (signature)

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 19, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Kristen Flynt Reimert,**                     **CASE NO: 24-51359 KMS**

     **DEBTOR(S).**                                   **CHAPTER 13**

Nathan Simpson, Esq.
Thomas Carl Rollins, Jr., Esq.

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on March 19, 2026, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on January 15, 2026, on the Motion for Relief from Stay filed by Regions Bank (Dkt. #58) in the above-styled case. *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##