United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-51359-KMS
Kristen Flynt Reimert     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Feb 26, 2026     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen Flynt Reimert, 89 King Rd., Hattiesburg, MS 39402-7904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 26 2026 19:39:13 | MAXIMUS, attn: Payroll Dept, 1600 TYSONS BLVD #1400, McLEAN, VA 22102-4893 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Nathan Simpson | on behalf of Creditor Regions Bank rboone@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Robert Alan Byrd | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf012 | Total Noticed: 2 |

        on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr

        on behalf of Debtor Kristen Flynt Reimert trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: February 26, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. |
| KRISTEN FLYNT REIMERT | 24-51359 KMS |
| 89 KING RD | |
| HATTIESBURG, MS  39402 | SSN: XXX-XX-4627 |

### AMENDED ORDER TO EMPLOYER TO DEDUCT FROM WAGES

    IT APPEARING to the Court that there is now pending a certain Chapter 13 proceeding in which the above named debtor subjected his earnings to the jurisdiction of the Court; the debtor's principal income is from wages, salary or commissions; and that the employer of the debtor is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the debtor [with the employer being directed to pay all or part of such income to the Trustee. 11 U.S.C. §1325(c)]

    IT FURTHER APPEARING that it is requisite to effectuate the provisions of the debtor's plan; that the employer is directed to pay a portion of the debtor's earnings into the Court for distribution to creditors, and that such employer is:

        MAXIMUS
        attn: Payroll Dept
        1600 TYSONS BLVD #1400
        McLEAN, VA  22102

    IT IS ORDERED that until further notice of this Court, the above named employer is required to deduct from the debtor's earnings and pay over to :

        DAVID RAWLINGS, TRUSTEE
        P.O. BOX 85338
        CHICAGO, IL 60689-5338

the sum of $2,644.09 MONTHLY to be submitted to the above Trustee monthly.  Effective March, 2026.

    IT IS FURTHER ORDERED that the employer shall hereafter cease to withhold from the wages of said employee any sums that would prevent the payment of the above plan payment to the Trustee, except such sums as may be required to be withheld by State or Federal law for income taxes, FICA,

employment security taxes, required state retirement, and social security contributions, insurance for medical, dental, and vision, and such sums as required by Court Order for alimony or child support unless such alimony or child support is provided for in the Chapter 13 Plan.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net