**Fill in this information to identify the case:**

Debtor 1 KRISTEN FLYNT REIMERT

Debtor 2 ______________________
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number 24-51359

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Regions Bank

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 4 6 9 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2026

**New total payment:**
Principal, interest, and escrow, if any: $1386.76
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment: $** 430.05 **New escrow payment: $** 962.36

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or

- $________

**Amount of next payment (including reconciliation amount)** $____________

**Amount of the new payment thereafter (without reconciliation amount)** $____________

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(*Court approval may be required before the payment change can take effect.*)

Reason for change:

**Current mortgage payment: $** ____________ **New mortgage payment: $** ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Nicole Thomas
Signature

Date 08/14/2026

Print: Nicole Thomas
First Name Middle Name Last Name

Default Solutions Processing Specialist
Title

Company Regions Bank

Address 6200 Poplar Ave 4th Floor
Number Street

Address 2

Memphis TN 38119
City State ZIP Code

Contact phone 800-748-9498

nicole.thomas@regions.com
Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Chapter 13 No. 24-51359
Judge: KATHARINE M. SAMSON

In re:
KRISTEN FLYNT REIMERT &

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before August 18, 2026 via filing with the US Bankruptcy Courts CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid.

KRISTEN FLYNT REIMERT
89 KING ROAD

HATTIESBURG MS 39402

By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid.

THOMAS CARL ROLLINS

P O Box 13767

Jackson MS 39236

By U.S. Postal Service First Class Mail Postage Prepaid.

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.

Rawlings, David

PO Box 566

Hattiesburg MS 39403-0566

/s/Nicole Thomas

Default Solutions Processing Specialist
Regions Bank

Representation of Printed Document

**Regions Bank**
PO Box 18001
Hattiesburg, MS 39404-8001

## Annual Escrow Account Disclosure Statement

| | |
|---|---|
| Analysis Date | 8/10/26 |
| Loan Number | [redacted] |
| Property Address | 89 KING ROAD HATTIESBURG, MS 39402 |

5-720-19594-0006604-002-000-000-000-000

KRISTEN REIMERT
89 KING RD
HATTIESBURG MS 39402-7904

### Contact Us

| | |
|---|---|
| Customer Service | 1-800-986-2462 |
| Hearing/Speech Impaired TTY | 1-877-344-9716 |
| Web | regionsmortgage.com |

### Anticipated Escrow Disbursements

| | |
|---|---|
| COUNTY TAX | 1,818.69 |
| HAZARD INS | 5,655.00 |
| Total Disbursements | 7,473.69 |
| 1/12th Total Annual Disbursements Per Payment/Deposit | 622.81 |

**CURRENT MORTGAGE PAYMENT**
**As of 10/01/25**

| | |
|---|---|
| Principal & Interest | 424.40 |
| Escrow | 369.83 |
| Prorated Escrow Shortage | 60.22 |
| Total Payment | **854.45** |

Your periodic mortgage payment for the past year was $854.45 of which $424.40 was for Principal and Interest and $430.05 went into your escrow account.

**NEW MORTGAGE PAYMENT INFORMATION**
**As of 10/01/26**

| | |
|---|---|
| Principal & Interest | 424.40 |
| Escrow | 622.81 |
| Prorated Escrow Shortage | 339.55 |
| **Total Payment** | **1,386.76*** |

Your periodic mortgage payment for the coming year will be $1,386.76 of which $424.40 will be for Principal and Interest and $962.36 will go into your escrow account.

*If payments are made automatically through your financial institution's bill pay service, please remember to notify them to adjust your mortgage remittance to reflect the new payment amount.

Based on our review, you have a shortage of $4,074.58.

This shortage was caused by differences in the anticipated payments to escrow and/or disbursements from escrow for your real estate taxes or insurance premiums. Please see the Projected versus Actual portion of the Escrow Account History on the following page. This shortage may be collected from you over a period of 12 months or more. We have decided to collect it over 12 payments.

NOTE: If this loan was discharged or is part of an open bankruptcy case and/or if you are subject to protections under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect or recover debt. However, we reserve all rights and remedies under the security instrument, including the right to foreclose on the collateral subject to any applicable bankruptcy or other law.

If you have preauthorized automatic monthly payments with Regions Mortgage and the NEW PAYMENT amount indicated above differs from your previous payment amount, the amount debited from your deposit account will change. The NEW PAYMENT amount and "as of" date of this change are reflected in the Payment Information box above. The NEW PAYMENT amount will be drafted from your deposit account on the date you chose when authorizing monthly automatic payments.

**Please see reverse side for more information**

Visit out website at www.regionsmortgage.com and take advantage of fast, easy, convenient access to your mortgage loan information. Available 24 hours a day, 7 days a week.

Internet Reprint

## Escrow Projections for Coming Year

The Escrow Account Projections are an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account. This is a comparison of the projected low point of your escrow account to the allowable low point to determine a surplus or shortage. The low point balance is the lowest amount your escrow account should reach over a 12-month period. The low point balance (hilighted in yellow) is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments to cover increases to your taxes and insurance. Your ending balance from the last month of the account history is ($2,828.99). Your starting balance according to this analysis should be $1,245.59. This means you have a shortage of $4,074.58. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.

.

**ESCROW ACCOUNT BALANCES**

| MONTH/ YEAR | EXPECTED PAYMENT TO ESCROW | EXPECTED PAY OUT FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | **BEGINNING BALANCE** | **-2,828.99** | **1,245.59** |
| 10/26 | 622.81 | | | -2,206.18 | 1,868.40 |
| 11/26 | 622.81 | | | -1,583.37 | 2,491.21 |
| 12/26 | 622.81 | | | -960.56 | 3,114.02 |
| 01/27 | 622.81 | -1,818.69 | COUNTY TAX | -2,156.44 | 1,918.14 |
| 02/27 | 622.81 | | | -1,533.63 | 2,540.95 |
| 03/27 | 622.81 | | | -910.82 | 3,163.76 |
| 04/27 | 622.81 | | | -288.01 | 3,786.57 |
| 05/27 | 622.81 | | | 334.80 | 4,409.38 |
| 06/27 | 622.81 | | | 957.61 | 5,032.19 |
| 07/27 | 622.81 | | | 1,580.42 | 5,655.00 |
| 08/27 | 622.81 | | | 2,203.23 | 6,277.81 |
| 09/27 | 622.81 | -5,655.00 | HAZARD INS | -2,828.96 | 1,245.62 < |
| TOTAL | 7,473.72 | -7,473.69 | | | |

## Escrow Account History

The Account History is a statement of actual and projected activity in your escrow account from 10/1/25 to 9/30/26. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.

- An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

Last period, we anticipated that payments from your account would be made during this period equaling 4,437.98. Under Federal law, your lowest monthly balance should not have exceeded 2 monthly deposits, or 1/6 of anticipated payment from the account. If your mortgage contract or State law specifies a lower amount, that amount will be the allowable low point for your account.

| | PAYMENTS TO ESCROW | | DISBURSEMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH/ YEAR | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
| | | | | | BEGINNING BALANCE | 1,024.32 | -1,369.67 |
| 10/25 | 369.83 | 427.94 * | | | | 1,394.15 | -941.73 |
| 11/25 | 369.83 | * | | | | 1,763.98 | -941.73 |
| 12/25 | 369.83 | * | | | | 2,133.81 | -941.73 |
| 01/26 | 369.83 | * | 1,763.98 | 1,818.69* | COUNTY TAX | 739.66 < | -2,760.42 |
| 02/26 | 369.83 | 855.88 * | | | | 1,109.49 | -1,904.54 |
| 03/26 | 369.83 | * | | | | 1,479.32 | -1,904.54 |
| 04/26 | 369.83 | * | | | | 1,849.15 | -1,904.54 |
| 05/26 | 369.83 | 1,290.15 * | | | | 2,218.98 | -614.39 |
| 06/26 | 369.83 | 430.05 * | | | | 2,588.81 | -184.34 |
| 07/26 | 369.83 | 430.05 * | | | | 2,958.64 | 245.71 |
| 08/26 | 369.83 | 2,150.25 * E | | E | | 3,328.47 | 2,395.96 E |
| 09/26 | 369.83 | 430.05 * E | 2,674.00 | 5,655.00* E | HAZARD INS | 1,024.30 | -2,828.99 E |
| TOTAL | 4,437.96 | 6,014.37 | 4,437.98 | 7,473.69 | | | |