**Fill in this information to identify the case:**

Debtor 1 KRISTEN FLYNT REIMERT

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number 24-51359

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Regions Bank

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 2 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/19/2026

**New total payment:**
Principal, interest, and escrow, if any: $246.28
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $ ________ **New escrow payment:** $ ________

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $________ or

- $________

Debtor 1 KRISTEN FLYNT REIMERT
First Name Middle Name Last Name

Case number (*if known*) 24-51359

**Amount of next payment (including reconciliation amount)** $__________

**Amount of the new payment thereafter (without reconciliation amount)** $__________

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☐ No
- ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change:
ELOC/Consumer Variable

**Current mortgage payment: $** 242.52 **New mortgage payment: $** 246.28

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☑ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Billy Whitfield
Signature

Date 11/02/2026

Print: Billy Whitfield
First Name Middle Name Last Name

Default Solutions Processing Specialist
Title

Company Regions Bank

Address 6200 Poplar Ave 4th Floor
Number Street

Address 2

Memphis TN 38119
City State ZIP Code

Contact phone 800-748-9498

billy.whitfield@regions.com
Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Chapter 13 No. 24-51359
Judge: KATHARINE M. SAMSON

In re:
KRISTEN FLYNT REIMERT &

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before November 03, 2026 via filing with the US Bankruptcy Courts CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor:

By U.S. Postal Service First Class Mail Postage Prepaid.

KRISTEN FLYNT REIMERT
89 KING RD

HATTIESBURG MS 39402-7904

By U.S. Postal Service First Class Mail Postage Prepaid.

Debtor's Attorney:

By U.S. Postal Service First Class Mail Postage Prepaid.

THOMAS CARL ROLLINS
THE ROLLINS LAW FIRM PLLC
PO BOX 13767

Jackson MS 39236-3767

By U.S. Postal Service First Class Mail Postage Prepaid.

N/A

Trustee:

By U.S. Postal Service First Class Mail Postage Prepaid.

DAVID RAWLINGS

PO BOX 566

Hattiesburg MS 39403-0566

/s/Billy Whitfield

Default Solutions Processing Specialist
Regions Bank

**Regions Bank**
PO Box 18001
Hattiesburg, MS 39404-8001

Customer Service: 1-800-986-2462
Speech and
Hearing Impaired: 1-877-344-9716

REGIONS

---------------- K E E P F O R Y O U R R E C O R D S -----------------

LOAN NUMBER: [redacted]

ACCOUNT NUMBER: ******9824
PAYMENT DUE DATE: 11-19-26

| BILLING DATE | CREDIT LIMIT | AVAILABLE CREDIT | PAST DUE | MINIMUM PAYMENT | TOTAL DUE |
|---|---|---|---|---|---|
| 10-23-26 | 20000 | 0 | 2674.47 | 246.28 | 2920.75 |

------------------- P A Y M E N T B R E A K D O W N -------------------

| PAYMENT ELEMENT | AMOUNT |
|---|---|
| Minimum Payment Due | 246.28 |
| Principal | 91.95 |
| Interest | 154.33 |

Kristen Reimert
89 King Rd
Hattiesburg MS 39402 7904

**Exclusive address for Information Requests and Error Resolution: PO Box 110, Hattiesburg, MS 39403-0110**

"Regions Bank may be a debt collector under applicable law. This communication may be deemed an attempt to collect a debt, and any information obtained could be used for that purpose. If you are a successor in interest, this notice does not make you liable for the mortgage debt, and you will only be liable for the mortgage debt if you assume the mortgage loan obligation under State law." • Once enrolled, loan information is available 24 hours a day, 7 days a week at regionsmortgage.com
"Regions is an Equal Housing Lender."

Internal Use